United States District Court
Southern District of Texas
**ENTERED**
April 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:18-CR-960 |
| JUAN ALBERTO VILLALOBOS, *et al*, | § § § § § | |

## ORDER

Came on to be considered the "Government's Motion for Continuance of Final Pretrial and Jury Selection" [*Dkt. No. 360*]. The Government notes that Defendant Juan Alberto Villalobos was only recently arrested and arraigned and that he has been set for Final Pretrial on May 29, 2019 and Jury Selection on June 6, 2019. Accordingly, the Government seeks a continuance of the currently scheduled May 13, 2019 trial setting so all defendants named in the indictment may be tried together. The Court has previously determined that the number of Defendants and the nature of the prosecution make it unreasonable to try this case within the time limits set out in the Speedy Trial Act. That same finding applies to Juan Arturo Villalobos. Thus, the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial.

It is therefore, ORDERED that the motion for continuance is hereby **GRANTED** as to *all Defendants* for the reasons stated above.

The Court additionally modifies the deadline to plea previously set for April 25, 2019, as follows: any defendant wishing to plead guilty must file a Notice of Intent to Plead by May 10, 2019 and must appear for Re-Arraignment on *May 20, 2019 at 9:00 a.m.* Additionally, Virgil Lee Carrillo, Christopher Ham, Jorge Reynaldo Tamez, Ruby Guzman and Michael Tovar are hereby set for Re-Arraignment on May 20, 2019 at 9:00 a.m. Further, the Court **DENIES** as *moot* Christopher Ham's "Motion to Extend the Ellis Order" [*Dkt. No. 362*].

It is further ORDERED that the Final Pretrial previously set for May 1, 2019, at 9:00 a.m. is hereby reset for *May 30, 2019, at 2:00 p.m.* and Jury Selection previously set for May 15, 2019, at 9:00 a.m. is hereby reset for *June 4, 2019, at 9:00 a.m.* in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 26th day of April, 2019.

_____
Micaela Alvarez
United States District Judge